**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Eastern District of North Carolina

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Prize Management, LLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | SandRidge Materials | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 2 – 4 2 4 8 3 3 4 | |
| **4. Debtor's address** | **Principal place of business** <br><br> PO Box 758 <br> Number   Street <br><br> Rich Square, NC 27869 <br> City   State   ZIP Code <br><br> Northampton <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> Number   Street <br><br> _____ <br> City   State   ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> 8287 Hwy 46 <br> Number   Street <br><br> Garysburg, NC 27831 <br> City   State   ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

Debtor   Prize Management, LLC _____   Case number *(if known)* _____
         Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply:* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br> 2  1  2  3 |

| 8. Under which chapter of the Bankruptcy Code is the debtor filing? <br><br> A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:* |
|---|---|
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ☑ Chapter 11. Check **all** that apply: |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years? <br><br> If more than 2 cases, attach a separate list. | ☑ No |
|---|---|
| | ☐ Yes. District _____ When _____ Case number _____ <br>            MM / DD / YYYY <br>    District _____ When _____ Case number _____ <br>            MM / DD / YYYY |

| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? <br><br> List all cases. If more than 1, attach a separate list. | ☐ No |
|---|---|
| | ☑ Yes. Debtor  Sand Ridge Development Assn., Inc.   Relationship  Affiliate <br>    District  Eastern District of North Carolina    When  9/14/2023 <br>                                MM / DD / YYYY <br>    Case number, if known  23-02678 |

Debtor     Prize Management, LLC                                Case number *(if known)* _____
          Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                      Number       Street

_____
City                              State       ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000                 ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000         ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million       ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor  Prize Management, LLC    Case number *(if known)* _____
      Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/14/2023
            MM/ DD/ YYYY

X  /s/ Alton Williams, Jr.    Alton Williams, Jr.
Signature of authorized representative of debtor    Printed name

Title    President

**18. Signature of attorney**

X    /s/ William P. Janvier    Date  09/14/2023
Signature of attorney for debtor    MM/ DD/ YYYY

William P. Janvier
Printed name

Stevens Martin Vaughn & Tadych, PLLC
Firm name

2225 W Millbrook Road
Number    Street

Raleigh    NC    27612
City    State    ZIP Code

(919) 582-2300    wjanvier@smvt.com
Contact phone    Email address

21136    NC
Bar number    State

Fill in this information to identify the case:

Debtor name: Prize Management, LLC

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Alton Williams Jr<br>1021 East Lawn Dr.<br>Teaneck, NJ 07666 | | | | | | $908,333.00 |
| 2 | Alton Williams Jr<br>1021 East Lawn Dr.<br>Teaneck, NJ 07666 | | | | | | $208,213.97 |
| 3 | Dean Arnold<br>30 Pepperridge Road<br>Howell, NJ 07731 | | | | | | $63,247.50 |
| 4 | Douglas Carver Community Developers, Inc.<br>Attn: Managing Agent<br>1021 East Lawn Drive<br>Teaneck, NJ 07666 | | | | | | $822,335.66 |
| 5 | Douglas Carver Community Developers, Inc.<br>Attn: Managing Agent<br>1021 East Lawn Drive<br>Teaneck, NJ 07666 | | | | | | $249,424.44 |
| 6 | Ennis Williams<br>437 Bryantown Road<br>Rich Square, NC 27869 | | | | | | $312,019.27 |
| 7 | First Bank<br>Attn: Managing Agent<br>355 N. Bilhen Street<br>Troy, NC 27371 | | SBA Loan | | | | $4,006,315.35 |
| 8 | Jada Harris<br>2 Blue Stone Ln.<br>Greensboro, NC 27407 | | | | | | $1,232,249.98 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor    Prize Management, LLC    Case number (if known) _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Jada Harris<br>2 Blue Stone Ln.<br>Greensboro, NC 27407 | | | | | | $128,845.26 |
| 10 Jayshawn Pickett<br>602 19th Street<br>Butner, NC 27509 | | | | | | $294,583.31 |
| 11 Joanne Drew<br>PO Box 758<br>Rich Square, NC 27869 | | | | | | $286,750.49 |
| 12 Joe Wilson Rascoe<br>519 Barrus Mill Road<br>Jackson, NC 27845 | | | | | | $205,782.00 |
| 13 Jones Electric Contractor, Inc.<br>Attn: Managing Agent<br>1398 Governor Harrison Pkwy<br>Brodnax, VA 23920 | | | | | | $170,858.36 |
| 14 KPE Media<br>Attn: Managing Agent<br>PO Box 480491<br>Charlotte, NC 28269 | | | | | | $75,000.00 |
| 15 Leroy Scott<br>PO Box 177<br>Pleasant Hill, NC 27866 | | | | | | $321,041.00 |
| 16 Mazo Capital, LLC<br>Attn: Managing Agent<br>300 Spectrum Dr. #1070<br>Irvine, CA 92618-4925 | | | | | | $99,096.14 |
| 17 Sand Ridge Development Assoc<br>Attn: Managing Agent<br>2326 Hwy 305<br>Rich Square, NC 27869-9427 | | | | | | $530,390.37 |
| 18 Sarah Pickett<br>602 19th Street<br>Butner, NC 27509 | | | | | | $285,360.58 |
| 19 Shawn Williams<br>33 Cedar Avenue<br>Montclair, NJ 07042 | | | | | | $64,854.00 |
| 20 Shenna Barr<br>14 Holly Lane<br>Garfield, NJ 07026 | | | | | | $371,116.88 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE: **Prize Management, LLC**                  CASE NO

                                                                                      CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date       09/14/2023       Signature                         /s/ Alton Williams, Jr.
                                                                                                      Alton Williams, Jr., President

Agnes Arnold
2B Ardsley Avenue
Whiting, NJ 08759


Alton Williams Jr
1021 East Lawn Dr.
Teaneck, NJ 07666


Amur Equipment Finance
Attn: Managing Agent
304 West 3rd Street
Grand Island, NE 68801


B&B Hose & Rubber Co., Inc.
Attn: Managing Agent
4604 Bainbridge Blvd.
Chesapeake, VA 23320


Carter Machinery Company.
Inc.
Attn: Managing Agent
PO Box 751053
Charlotte, NC 28275


Central Carolina Scale
Attn: Managing Agent
5393 Farrell Road
Sanford, NC 27330


Charles Drew
1547 NC Hwy 305
Rich Square, NC 27869


Common Wealth Equipment
Corp.
Attn: Managing Agent
36 Hazelton Street
Ashley, PA 18706

Corporation Service Company
Attn: Managing Agent
801 Adlai Stevenson Dr.
Springfield, IL 62703

Corporation Service Company, as rep
Attn: Managing Agent
PO Box Box 2576
Springfield, IL 62708

Dean Arnold
30 Pepperridge Road
Howell, NJ 07731

Douglas Carver Community Developers, Inc.
Attn: Managing Agent
1021 East Lawn Drive
Teaneck, NJ 07666

Dredging Supply Company, Inc.
Attn: Managing Agent
156 Airport Road
Reserve, LA 70084

Electric Power, Inc.
Attn: Managing Agent
PO Box 2009
Chester, VA 23831

Ennis Williams
437 Bryantown Road
Rich Square, NC 27869

Evonne Burgess
72 West Hudson Ave Apt. A1
Englewood, NJ 07631

First Bank
Attn: Managing Agent
355 N. Bilhen Street
Troy, NC 27371

Folla Capital
Attn: Managing Agent
3722 Shipyard Blvd. Ste. E
Wilmington, NC 28403

Gregory Poole Equipment Comp.
Attn: Managing Agent
PO Box 60457
Charlotte, NC 28260

Harvest Time Peanut Co., LLC
Attn: Managing Agent
PO Box 117
Gaston, NC 27832

Hendren, Redwine & Malone, PLLC
Attn: Managing Agent
4600 Marriott Dr.
Raleigh, NC 27612

Internal Revenue Service
Attn: Managing Agent
PO Box Box 7346
Philadelphia, PA 19101-7346

Jada Harris
2 Blue Stone Ln.
Greensboro, NC 27407

Jayshawn Pickett
602 19th Street
Butner, NC 27509

Joanne Drew
PO Box 758
Rich Square, NC 27869

Joe Wilson Rascoe
519 Barrus Mill Road
Jackson, NC 27845

Jones Electric Contractor, Inc.
Attn: Managing Agent
1398 Governor Harrison Pkwy
Brodnax, VA 23920

Kent Investments Inc of NC
Attn: Managing Agent
PO Box 480491
Charlotte, NC 28269

KPE Media
Attn: Managing Agent
PO Box 480491
Charlotte, NC 28269

L&B Dump Service, LLC
Attn: Managing Agent
PO Box 177
Pleasant Hill, NC 27890

Leroy Scott
PO Box 177
Pleasant Hill, NC 27866

Mazo Capital, LLC
Attn: Managing Agent
300 Spectrum Dr. #1070
Irvine, CA 92618-4925

NC Attorney General
Attn: Managing Agent
9001 Mail Service Center
Raleigh, NC 27699-9001

NC Dept. of Revenue
Attn: Managing Agent
PO Box 1168
Raleigh, NC 27602-1168

Oakmont Capital Holdings, LLC
Attn: Managing Agent
100 Liberty Street
Warren, PA 16365

Oakmont Capital Service
Attn: Managing Agent
PO Box 843840
Dallas, TX 75284-3840

Pivotal Financial Solutions
Attn: Managing Agent
2 Blue Stone Ln.
Greensboro, NC 27847

Poyner Spruill LLP
Attn: Matthew P. Weiner
301 Fayetteville St. Ste. 1900
Raleigh, NC 27601

Randy Bullock
Attn: Managing Agent
165 Joe Carey Road
Winterville, GA 30683

Sand Ridge Development Assn., Inc.
2326 Hwy 305
Rich Square, NC 27869-9427

Sand Ridge Development Assoc  
Attn: Managing Agent  
2326 Hwy 305  
Rich Square, NC 27869-9427  

Sarah Pickett  
602 19th Street  
Butner, NC 27509  

Shawn Williams  
33 Cedar Avenue  
Montclair, NJ 07042  

Shenna Barr  
14 Holly Lane  
Garfield, NJ 07026  

Unisearch, Inc.  
Attn: Managing Agent  
1780 Barnes Blvd.  
Tumwater, WA 98512  

US Attorney General - US DOJ  
Attn: Managing Agent  
950 Pennsylvania Ave., NW  
Washington, DC 20530  

US Attorney's Office (ED)  
Attn: Managing Agent  
150 Fayetteville St. Ste. 2100  
Raleigh, NC 27601  

Wells Fargo  
Attn: Managing Agent  
PO Box 29482  
Phoenix, AZ 85038-8650

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re  **Prize Management, LLC**　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter　　**11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Prize Management, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**09/14/2023**　　　　　　　　　　　　　　　　**/s/ William P. Janvier**
Date　　　　　　　　　　　　　　　　　　　　**William P. Janvier**
　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　　　　Counsel for **Prize Management, LLC**
　　　　　　　　　　　　　　　　　　　　　　**Bar Number: 21136**
　　　　　　　　　　　　　　　　　　　　　　**Stevens Martin Vaughn & Tadych, PLLC**
　　　　　　　　　　　　　　　　　　　　　　**2225 W Millbrook Road**
　　　　　　　　　　　　　　　　　　　　　　**Raleigh, NC 27612**
　　　　　　　　　　　　　　　　　　　　　　**Phone: (919) 582-2300**
　　　　　　　　　　　　　　　　　　　　　　**Email: wjanvier@smvt.com**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

**In re: Debtor(s)**
Prize Management, LLC

Case No.

Chapter 11

Debtor(s)

## DEBTOR'S ELECTRONIC NOTICING REQUEST (DEBN)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

☑ **Initial Request:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email.)

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand that this request is limited to receipt of only notices and orders filed by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

I understand that I will receive electronic notice of any documents entered by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor.

I understand that the first time the BNC receives an email bounce-back (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account.

I understand that enrollment in DeBN is completely voluntary, and I may file a request to deactivate my account at any time.

☐ **Decline Request:** (Check this box to decline receiving notices and orders from the U.S. Bankruptcy Court via email.)

☐ **Update to Account Information:** (Check this box to make changes to your existing DeBN account.)

I request the following updates(s) to my DeBN account:

☐ I have a new email address as indicated below.

☐ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

☐ I request reactivation of my DeBN account so that I may receive court notices and orderes via email, instead of U.S mail.

☐ **Request To Deactivate Electronic Noticing:** (Check this box to request deactivation of your DeBN account.)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders entered by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to reveive electronic notices until such time as the Court has deactivated my account.

I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have submitted on this form. If I already have a different electronic noticing account, you may deactivate that account and create this DeBN account.

**Joint debtors** who each request enrollment or already have a DeBN account **must file separate forms**.

/s/ Prize Management, LLC                                              Date: 09/14/2023
Prize Management, LLC

Printed Name (and title if not the debtor): **Prize Management, LLC**

Email Address (type or print clearly):     **alton@sandridgematerials.com**